## CONSENT TO BECOME A PARTY PLAINTIFF

**Complete and Mail, Fax or Email to:**
ATTN: KLX ENERGY SERVICES UNPAID WAGES LAWSUIT
The Law Offices of Brian D. Gonzales, PLLC
123 North College Avenue, Suite 200
Fort Collins, Colorado 80524
Telephone: (970) 212-4665
Fax: (303) 539-9812
Email: BGonzales@ColoradoWageLaw.com

By signing below, I state that I have been employed by KLX Energy Services ("Defendant") and was denied wages required by law. I hereby consent to join this lawsuit seeking unpaid wages based on Defendant's violations of the Fair Labor Standards Act, 29 U.S.C. Section 201, *et. seq.*

I hereby designate The Law Office of Brian D. Gonzales, PLLC to represent me for all purposes of this action.

6/3/2015                              [DocuSigned signature: B284C719CCFE42C...]

Date/Signature

**\*Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.**

**\*\* If you do not hear from us after you return this form, please contact us to confirm receipt.**