**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01291-RM-NYW

TYELER COOPER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

OFS 2 DEAL 2, LLC, f/k/a Vision Oil Tools, LLC, a Colorado limited liability company, KLX INC. and KLX ENERGY SERVICES LLC, d/b/a Vision Oil Tools and Vision Energy Services, both Delaware limited liability companies,

    Defendants.

**MINUTE ORDER**

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Tyeler Cooper's ("Plaintiff") Motion for Leave to Conduct Discovery and File a Sur-Reply in Further Response to Defendants' Motion to Compel Arbitration of Individual Claims and to Dismiss Class Action Claims, Collective Action Claims and Other Proceedings, filed on August 31, 2015 [#28] (the "Motion"). Pursuant to the Order Referring Case dated July 16, 2015 [#16] and the Memorandum dated September 1, 2015 [#29], the Motion is before this Magistrate Judge.

    The Motion states that "[u]ndersigned counsel attempted to contact Defendants' counsel regarding their position on this motion but, at time of filing, had not received a response. [#28 at 1]. The court does not construe this to be an adequate showing that Plaintiff's counsel in fact made good-faith efforts to meet-and-confer as required by D.C.COLO.LCivR 7.1. Accordingly, IT IS ORDERED that the Motion is STRICKEN, without prejudice to re-filing if adequate efforts to meet-and-confer are made, and represented to.

DATED: September 3, 2015