**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01291-RM-NYW

TYELER COOPER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

OFS 2 DEAL 2, LLC, f/k/a Vision Oil Tools, LLC, a Colorado limited liability company, KLX INC. and KLX ENERGY SERVICES LLC, d/b/a Vision Oil Tools and Vision Energy Services, both Delaware limited liability companies,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Tyeler Cooper ("Plaintiff") and Defendants KLX Inc. and KLX Energy Services LLC's ("KLX Defendants") Joint Motion to Extend Deadline for Plaintiff to File Sur-Reply and Stay Ruling of Defendant KLX's Motion to Compel Arbitration Pending the Outcome of Settlement Negotiations, filed on September 18, 2015 [#34] (the "Motion"). Pursuant to the Order Referring Case dated July 16, 2015 [#16] and the Memorandum dated September 18, 2015 [#35], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) Plaintiff shall have up to and including **October 19, 2015** to file a Sur-reply in to the KLX Defendants' pending Motion to Compel Arbitration [#10].

DATED: September 21, 2015