**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01291-NYW

TYELER COOPER, on behalf of himself and all similarly situated persons,

    Plaintiff,

v.

OFS 2 DEAL 2, LLC, f/k/a Vision Oil Tools, LLC, a Colorado limited liability company,
KLX INC., and
KLX ENERGY SERVICES, LLC, d/b/a Vision Oil Tools and Vision Energy Services,
Delaware limited liability companies,

    Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on the Motion to Withdraw the Motion to Compel Arbitration ("Motion to Withdraw"), filed by Defendants KLX Energy Services, LLC and KLX, Inc. (collectively KLX), and referred to this Magistrate Judge pursuant to the Order Referring Case dated July 16, 2015 [#16] and the memorandum dated November 23, 2015 [#60].

    IT IS ORDERED:

1. The Motion to Withdraw [#59] is **GRANTED**, with specific leave to re-file should the Parties' attempts at alternative dispute resolution not result in resolution of this matter;

2. The Motion to Compel Arbitration [#10] is deemed WITHDRAWN; and

3. The Parties shall file a Status Report no later than **December 22, 2015** to advise the court as to the progress, if any, of resolution and any further amendments of the scheduling order that may be requested. Should KLX need to re-file the Motion to Compel, the court does not anticipate any changes to the current briefing.

DATED: November 23, 2015