## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:     Tammy Hoffschildt | Date: March 10, 2016 |

**CASE NO.   15-cv-01291-RM-NYW**

| | |
|---|---|
| TYELER COOPER, | Brian David Gonzales |
| Plaintiff, | |
| v. | |
| OFS 2 DEAL 2, LLC,<br>KLX INC., f/k/a Vision Oil Tools, LLC, and<br>KLX ENERGY SERVICES LLC, d/b/a Vision Oil<br>Tools, d/b/a Vision Energy Services, | J. Michael Rose<br>Talley R. Parker |
| Defendants. | |

## COURTROOM MINUTES

**IN-COURT HEARING**
**COURT IN SESSION**:      **9:01 a.m.**
Court calls case.   Appearances of counsel.

Discussion held regarding filing documents with the correct initials in the case number, the Joint Motion for Approval of Settlement Agreement (Doc. 71), and Defendants' Unopposed Motion for Leave to File Under Seal (Doc. 73).

**Court in recess:     9:25 a.m.**
**Court in session:   9:37 a.m.**

Further discussion held regarding the pending motions (Docs. 71 and 73).

**Court in recess:     9:52 a.m.**
**Court in session:   10:05 a.m.**

Further discussion held regarding the pending motions (Docs. 71 and 73).

**ORDERED:**  Defendants' Unopposed Motion for Leave to File Under Seal (Doc. 73) is GRANTED as stated on the record.   ECF document 72 shall remain filed under restriction.   Counsel for Defendants shall file a redacted settlement agreement with the Court.

The Court will issue a written order granting the Joint Motion for Approval of Settlement Agreement (Doc. 71).

**COURT IN RECESS**:        **10:15 a.m.**
**Total in court time**:        **00:49**
**Hearing concluded**